**00–937. Metzenbaum v. Marc Glassman, Inc.**
Cuyahoga App. No. 76684. Reported at 89 Ohio St.3d 1466, 732 N.E.2d 999. On motion for reconsideration. Motion denied.

**00–1069. State ex rel. Chambers v. Ohio Adult Parole Auth.**
In Mandamus. Reported at 89 Ohio St.3d 1463, 732 N.E.2d 997. On motion for reconsideration. Motion denied.

**00–1176. In re Campbell.**
Franklin App. No. 99AP–986. Reported at 89 Ohio St.3d 1470, 732 N.E.2d 1001. On motion for reconsideration. Motion granted and discretionary appeal allowed.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

*Thursday, September 21, 2000*

## MISCELLANEOUS DOCKET

| | |
|---|---|
| In re Report of the Commission on Continuing Legal Education. | : |
| | : |
| | :         ENTRY |
| Dean Raymond Steigerwald, | :   [Filed September 21, 2000] |
| ( # 0039185), | : |
| Respondent. | : |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1997–1998 reporting period.

On April 6, 2000, this court adopted the recommendation of the commission, imposed a sanction fee upon the respondent, and suspended the respondent from the practice of law pursuant to Gov.Bar R. X(6)(B)(3) and Gov.Bar R. X(5)(A)(4). The court further ordered that respondent shall not be reinstated to the practice of law in Ohio until respondent complies with the requirements for reinstatement set forth in Gov.Bar R. X(7).

On June 27, 2000, the commission filed a recommendation pursuant to Gov.Bar R. X(7)(B)(2), finding that the respondent has paid all fees assessed for noncompliance, has made up all deficiencies, and is now in full compliance with all requirements of Gov.Bar R. X, and recommending that the respondent be reinstated to the practice of law in Ohio. On June 27, 2000, the commission certified that respondent had completed the credit hours of continuing legal education required during his suspension by this court's order of suspension. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and respondent, Dean Raymond Steigerwald, is hereby reinstated to the practice of law.